UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANYELIT STEFANY PONTE-GUANARE,<br><br>                        Petitioner-Plaintiff,<br><br>v.<br><br>JOHN ARCHAMBEAULT, San Diego Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; SIRCE OWEN, Acting Director, Executive Office for Immigration Review; and OTAY MESA IMMIGRATION COURT,<br><br>                        Respondent-Defendants. | Case No.: 25-CV-2081 TWR (KSC)<br><br>**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND (2) SETTING HEARING** |

Presently before the Court is Petitioner-Plaintiff Franyelit Stefany Ponte-Guanare's Petition for Writ of Habeas Corpus and Complaint for Administrative Procedure Act Relief ("Pet.," ECF No. 1). Having reviewed the Petition, the Court concludes that summary

1

dismissal is unwarranted at this time.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false." (citing *Hendricks v. Vasquez*, 908 F.2d 490 (9th Cir. 1990)).

Accordingly, Respondents-Defendants are **ORDERED TO SHOW CAUSE** why the Petition should not be granted by filing a written response no later than 5:00 p.m. on Wednesday, September 16, 2025. Petitioner-Plaintiff **SHALL SERVE** on Respondents-Defendants copies of the Petition and this Order as soon as practicable, and Petitioner-Plaintiff **SHALL FILE** proof of such service no later than 5:00 p.m. on Tuesday, September 15, 2025. Additionally, the Court **SETS** an Order to Show Cause Hearing for Friday, September 19, 2025, at 1:00 p.m. in Courtroom 14A.

**IT IS SO ORDERED.**

Dated:  September 12, 2025

_____
Honorable Todd W. Robinson
United States District Judge