UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANYELIT STEFANY PONTE-GUANARE,<br><br>        Petitioner,<br><br>v.<br><br>JOHN ARCHAMBEAULT; et al.,<br><br>        Respondents. | Case No.: 25-CV-2081 TWR (KSC)<br><br>**ORDER GRANTING EX PARTE MOTION TO APPEAR TELEPHONICALLY**<br><br>(ECF No. 5) |

Presently before the Court is Plaintiff Franyelit Stefany Ponte-Guanare's Ex Parte Motion to Appear Telephonically for the hearing set for September 19, 2025. ("Motion," ECF No. 5.) Good cause appearing, the Court **GRANTS** the Motion. Counsel may use the following teleconference information for the hearing set for September 19, 2025, at 1:00 p.m.:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dial-in Number:     (619) 657-0677

Conference ID:      246 914 151#

**IT IS SO ORDERED.**

Dated:  September 18, 2025

_____

Honorable Todd W. Robinson
United States District Judge